UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Bruce Anca, | Case No. 3:17-cv-098 |
| Plaintiff, | Judge Walter H. Rice |
| -vs- | |
| Ale Dukic, et al., | |
| Defendants. | |

| | |
|---|---|
| Industrial Transport Services, LLC, et al., | Case No. 3:15-cv-299 |
| Plaintiffs | Judge Thomas M. Rose |
| -vs- | Magistrate Judge Michael Newman |
| Gemini Transport, LLC, et al., | |
| Defendants | |

| | |
|---|---|
| Kurt Jacoby, et al., | Case No. 3:17-cv-086 |
| Plaintiff | Judge Thomas M. Rose |
| -vs- | |
| Gemini Transport, LLC, et al., | |
| Defendants. | |

**ENTRY AND ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO CONSOLIDATE CASES. (3:17-cv-98, ECF 10, 3:15-cv-299, ECF 27). CASES 3:17-CV-086 AND 3:17-CV-098 ARE CONSOLIDATED AND 3:17-CV-098 IS TRANSFERRED FROM THE DOCKET OF JUDGE RICE TO THE DOCKET OF JUDGE ROSE. THE MOTION IS MOOT AS REGARDS TO 3:15-CV-299.**

This case is before the Court on Motions to Consolidate Cases. (3:17-cv-098, ECF 10, 3:15-cv-299, ECF 27) Because recently filed cases 3:17-cv-098 and 3:17-cv-086 stem from the same accident and are preparing for discovery, the motion is **GRANTED** with regard to them. Because 3:15-cv-299, while also stemming from the same accident, has been reported settled, the motion is now moot with regard to it. Because 3:17-cv-086 was first filed, 3:17-cv-098 is **TRANSFERRED** to the docket of Thomas M. Rose.

DONE AND ORDERED in Dayton, Ohio on 29th day of June 2017.

Date:

Judge Walter H. Rice
United States District Court

Judge Thomas M. Rose
United States District Court