UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| INDUSTRIAL TRANSPORT SERVICES, LLC, | |
| Plaintiff, | Case No. 3:12-cv-142 |
| vs. | |
| GEMINI TRANSPORT, LLC, *et al.*, | Magistrate Judge Michael J. Newman (Consent Case) |
| Defendants. | |

___

**ORDER OF DISMISSAL; TERMINATION ENTRY**
___

The Court, having been advised that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated. Within forty-five (45) days, the parties may move to substitute this Order and Entry with a proposed dismissal entry agreed upon by the parties.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement, if necessary.

**IT IS SO ORDERED.**


Date: July 6, 2017         s/ Michael J. Newman
                           Michael J. Newman
                           United States Magistrate Judge